```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
            v.            )
                          )   04-cr-10063-RCL
IVAN RODRIGUEZ            )
            Defendant     )
```

## INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                  Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about July 12, 1995, IVAN RODRIGUEZ was convicted in the Bristol Superior Court of Possession of a Class A Substance with Intent to Distribute, in violation of M.G.L. 94C, §32 (Dkt. #36017).

2. On or about September 13, 1993, IVAN RODRIGUEZ was convicted in the Bristol Superior Court of Possession of a Class A Substance with Intent to Distribute, in violation of M.G.L. 94C, §32 (Dkt. #32469).

3. On or about June 27, 1989, IVAN RODRIGUEZ was convicted in the Bristol Superior Court of Conspiracy to Violate the Controlled Substances Act, in violation of M.G.L. 94C, §40, and two counts of Distribution of a Class B Substance, in violation of M.G.L. 94C, §32 (Dkt. #20267A-B).

4. IVAN RODRIGUEZ, has been named as a defendant in an Indictment numbered 04-cr-10063-RCL.

5. By way of this information, the government notifies IVAN RODRIGUEZ, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of felony drug offenses, as set out in paragraphs 1 though 4, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:  PETER K. LEVITT
      Assistant U.S. Attorney

Dated: March 23, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on Samuel Sutter, Esq., counsel for Ivan Rodriguez.

PETER K. LEVITT
Assistant U.S. Attorney