UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Cr. No. 04-10063-RCL |
| | ) |
| IVAN RODRIGUEZ | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The parties, by their undersigned counsel, hereby move to continue the initial status conference, scheduled for May 5, 2004, to May 11, 2004, at 10:15 a.m. The parties further request that the Court exclude from all Speedy Trial Act calculations the time from May 5, 2004, to and including May 11, 2004, as the ends of justice served by the delay outweigh the interest of the public and the defendant in a speedy trial.

The government also notes that defendant Nestor Rodriguez's case has been sent to the District Court and scheduled for a Rule 11 hearing on May 25, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

IVAN RODRIGUEZ

By his attorney,

_____
Clifford Samuel Sutter, Jr.
203 Plymouth Avenue
Building #7
Fall River, MA 02721

Dated: May 4, 2004