UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10063-RCL |
| v. ) | |
| ) | |
| IVAN RODRIGUEZ, ) | |

### JOINT INITIAL STATUS REPORT

The United States of America and the defendant, Ivan Rodriguez, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the heroin seized in this case. The defendant does not presently request expert discovery, but reserve its right to seek such discovery pending disclosure of trial witnesses by the government.

3. **Additional Discovery**

The government has provided, or made available to defendant's counsel, Rule 16 and automatic discovery materials. In the event that the government becomes aware of additional such materials, it will produce them immediately.

4. **Motion Date**

The parties jointly request that all motions be filed on or before June 29, 2004, and any responses be served by July 7, 2004.

5. **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 3/18/04 | Arraignment |
| 3/18/04-4/15/04 | Excludable delay pursuant to Local Rule 112.2(A)(2) & 18 U.S.C. § 3161(h)(8)(A) |
| 4/14/04-4/21/04 | Motion pending--excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) |
| 5/4/04/-5/11/04 | Motion pending--excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and 8(b), and Local Rule 112.2(A)(2) |
| 5/11/04-date of final status | Excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 8(b), and Local Rule 112.2(A)(2) |

As of the Final Status Conference, 12 days will have been counted and 58 days will remain under the Speedy Trial Act.

6. **Anticipated Trial**

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately 4 days.

7. **Final Status Conference**

The parties request that a Final Status Conference be scheduled for on or about ~~June 29~~ July 7, 2004, or as soon thereafter as is convenient for the Court.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: _/s/ Peter K. Levitt_
        PETER K. LEVITT
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3355

        COUNSEL FOR IVAN RODRIGUEZ

_/s/ Clifford Samuel Sutter, Jr._
CLIFFORD SAMUEL SUTTER, JR.
203 Plymouth Avenue, Bldg. #7
Fall River, MA  02721
(508) 674-8633

May 11, 2004