UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-10063-RCL

CLERK MAGISTRATE NO: 03-908MBB

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | **MOTION TO CONTINUE** |
| IVAN RODRIGUEZ | ) | |

Now comes the defendant, IVAN RODRIGUEZ, and moves that this Honorable Court continue his case which is scheduled for Final Status on Wednesday, July 7, 2004, to Tuesday, August 3, 2004, at 10:00 am.

As grounds therefore the defendant states, that his attorney has a scheduling conflict in that he is required to appear in New Bedford District Court in the matters of Commonwealth v Curtis Medeiros and Commonwealth v Joshua Melo. Also, later that day, Attorney Sutter is scheduled to travel to Barnstable for a meeting with Brendan M. Lucey, the Probation Officer at Barnstable Superior Court for the matter of Commonwealth v Byron DeWeldon.

As further grounds, the defendant states that Assistant United States District Attorney, Peter Levitt, assents to this motion provided that the time from July 7, 2004 through August 3, 2004, be excluded under the Speedy Trial Act. Attorney Sutter agrees that this time should be excluded from the Speedy Trial Act.

WHEREFORE, the defendant respectfully requests that this Honorable Court continue this matter to August 3, 2004.

By his attorney,

C. Samuel Sutter
C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK MAGISTRATE NO: 03-908MBB
04-10063-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| IVAN RODRIGUEZ ) | |

I, Kelley Anne Sylvia, hereby certify that on Tuesday, July 6, 2004, I sent by facsimile, to number (617) 748-3974, a copy of the foregoing Motion to Continue, to United States Assistant District Attorney Peter Levitt of the United States Attorney's Office, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia