CR 04-10063-RCL



**C. SAMUEL SUTTER**
*Attorney At Law*

MARK A. AZAR
*Of Counsel*

DOROTHY FRITZ SUTTER
*Paralegal*

*Telephone*
508-674-8633

*Fax*
508-672-3794

Durfee Union Mills
205 Plymouth Avenue
Building 7, 1st Floor
Fall River, MA 02721

FILED
CLERKS OFFICE

2004 JUL 30 P 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

July 28, 2004

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

ATTN: Diana Lynn

    Re:    <u>United States of America   v   Ivan Roderiquez</u>
           Clerk Magistrate Number: 04-10063

Dear Diana Lynn:

    Pursuant to our telephone conversation on Tuesday, July 27, 2004, at Attorney Sutter's request, and Attorney Levett's assent, the above-entitled matter will be heard on Tuesday, August 3, 2004 at 2:00 pm.

    Thank you for your attention and cooperation with this matter. Should you have any questions or concerns, please do not hesitate to contact this office.

                                             Sincerely yours,

                                             Kelley Anne Sylvia, Legal Assistant to
                                             C. Samuel Sutter, Esquire

CSS:kms
cc: Peter Levitt, Esquire