```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
         v.                   )  CR. NO. 04-10063-RCL
IVAN RODRIGUEZ                )
                              )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from August 3, 2004 (the date of the Interim Status Conference) to and including September 7, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request at the Interim Status Conference on August 3, 2004.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By: S/ PETER K. LEVITT
                         PETER K. LEVITT
                         Assistant U.S. Attorney

August 3, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on counsel for the defendant, Samuel Sutter, Esq., on August 3 2004.

_____
PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY