UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK MAGISTRATE NO: 04-10063MBB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **MOTION TO CONTINUE** |
| | ) | |
| IVAN RODRIGUEZ | ) | |

Now comes the defendant, IVAN RODRIGUEZ, and moves that this Honorable Court continue his case which is scheduled for Final Status on Tuesday, September 7, 2004, to Wednesday, September 22, 2004, at 2:00 pm.

As grounds therefore the defendant states, that his attorney has professional and personal commitments which will prevent him from coming to Boston this afternoon.

As further grounds, the defendant states that Assistant United States District Attorney, Peter Levitt, assents to this motion provided that the time from September 7, 2004 through September 22, 2004, be excluded under the Speedy Trial Act. Attorney Sutter agrees that this time should be excluded from the Speedy Trial Act.

WHEREFORE, the defendant respectfully requests that this Honorable Court continue this matter to Wednesday, September 22, 2004, at 2:00 pm.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK MAGISTRATE NO: 04-10063MBB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| IVAN RODRIGUEZ | ) | |

I, Kelley Anne Sylvia, hereby certify that on Tuesday, September 7, 2004, I sent by facsimile, to number (617) 748-3974, a copy of the foregoing Motion to Continue, to United States Assistant District Attorney Peter Levitt of the United States Attorney's Office, 1 Courthouse Way, Boston, Massachusetts 02210.

Kelley-Anne Sylvia