# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10063-RCL

UNITED STATES OF AMERICA

v.

IVAN RODRIGUEZ

## *FINAL STATUS REPORT*

September 23, 2004

**BOWLER, Ch. U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1.  The Indictment in the above-entitled case, which charges the defendant with conspiracy to distribute heroin, was returned on March 4, 2004;

    2.  Defendant Ivan Rodriguez was arraigned on the Indictment on March 18, 2004;

    3.  The defendant is in custody on the charges;

    4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately five witnesses and that the trial would last approximately four to five days;

5. Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through September 22, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

                                                   /s/

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge