## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                          Criminal Action
                          No: <u>04-10063-RCL</u>

UNITED STATES

v.

IVAN RODRIGUEZ
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

      TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **2:30PM**, on **November 22, 2004,** in Courtroom No. 11, 5th floor.

                          By the Court,

                          /s/ Lisa M. Hourihan

                          Deputy Clerk

November 2, 2004

To: All Counsel