UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                        MOTION TO CONTINUE

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and hereby moves that this Honorable Court continues his case which is scheduled for Pre-trial Conference on Monday, November 22, 2004, to Monday, December 6, 2004, at 2:30 p.m..

As grounds therefore, the defendant states that his attorney is in the middle of an Evidentiary Hearing in the matter of Commonwealth v Brad Santos; three Pre-trial Conferences in the matter of Commonwealth v Cherylle Hontz; and, a disposition of seven cases in the matter of Commonwealth v Valmir Alves. Mr. Alves is a Brazilian immigrant who is facing possible deportation. As further grounds, the defendant states that United States Attorney Peter Levitt assents to this motion provided that the time from November 22, 2004 through December 6, 2004, is excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continues his Pre-trial Conference to Monday, December 6, 2004, at 2:00 p.m..

By his attorney,

*C. Samuel Sutter*
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V

CERTIFICATE OF SERVICE

IVAN RODRIGUEZ

I, Kelley Anne Sylvia, hereby certify that on Monday, November 22, 2004, I sent by first class mail a true copy of Defendant's Motion to Continue, to United States Attorney Peter Levitt, 1 Courthouse Way, Boston, Massachusetts 02210.

Kelley Anne Sylvia