UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                                    MOTION TO CONTINUE

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and hereby moves that this Honorable Court continues his case which is scheduled for Wednesday, January 26, 2005 to Tuesday, February 15, 2005, at 2:30 p.m..

As grounds therefore, the defendant's attorney states that due to storm over this past weekend he was unable to meet with the defendant as he had assured the defendant he would do. As further grounds, the defendant states that United States Attorney Peter Levitt assents to this motion provided that the time from January 26, 2005 through February 15, 2005, is excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continues his case to Tuesday, February 15, 2005 at 2:30 p.m..

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                        CERTIFICATE OF SERVICE

IVAN RODRIGUEZ


I, Kelley Anne Sylvia, hereby certify that on Tuesday, January 25, 2005, I sent by facsimile and first class mail a true copy of Defendant's Motion to Continue, to United States Attorney Peter Levitt, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia