UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 04-10063-RCL |
| ) | |
| IVAN RODRIGUEZ ) | |
|   Defendant. ) | |

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from February 15, 2005 (the date of the previously scheduled change of plea hearing), to and including March 22, 2005 (the date of the re-scheduled change of plea hearing) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assents to this request.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: /S/ PETER K. LEVITT
                                          PETER K. LEVITT
                                          Assistant U.S. Attorney

February 23, 2005