UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                           MOTION TO CONTINUE

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and hereby moves that this Honorable Court continues his case which is scheduled for Sentencing on Thursday, September 1, 2005, to Monday, November 7, 2005, or Tuesday, November 8, 2005.

As grounds therefore, the defendant states that his attorney will be out of state on vacation on Thursday, September 1, 2005. As further grounds, the defendant states that United States Attorney Peter Levitt assents to this motion provided that the time from September 1, 2005 through October 6, 2005, is excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continue his Sentencing date to Monday, November 7, 2005, or Tuesday, November 8, 2005.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                                    CERTIFICATE OF SERVICE

IVAN RODRIGUEZ


I, Kelley Anne Sylvia, hereby certify that on Friday, August 5, 2005, I sent by first class mail a copy of Defendant's Motion to Continue, to Assistant United States Attorney Peter Levitt, whose office is located at 1 Courthouse Way, Boston, Massachusetts 02210.

Kelley Anne Sylvia