UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                             MOTION TO CONTINUE

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and hereby moves that this Honorable Court continue his case, which is scheduled for Sentencing on Tuesday, January 10, 2006, to Tuesday, February 28, 2006.

As grounds therefore, the defendant states that his attorney's mother is terminally ill. As further grounds, the defendant states that United States Attorney Peter Levitt assents to this motion provided that the time from January 10, 2006 through February 27, 2006, is excluded from the Speedy Trial Act.

WHEREFORE, the defendant prays that this Honorable Court continue his Sentencing date to Tuesday, February 28, 2006.

By his attorney,

/s/ C. Samuel Sutter
kas
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
Dated: January 6, 2006                        BBO: 542496