UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                               MOTION TO CONTINUE

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and hereby moves that this Honorable Court continue his case which is scheduled for Sentencing on Wednesday, March 1, 2006, to any date that is convenient for this Honorable Court after Monday, April 24, 2006.

As grounds therefore, the defendant states that his attorney's has a scheduling conflict in that he is going to be in the middle of a trial, in the case of Commonwealth v Carl Dias. This case was on the "held for trial" list at Bristol County Superior Court. This past Friday, February 24th, in the afternoon, this case was brought forward by the Criminal Clerk's Office, to start on Monday morning, February 27th. The defendant's attorney expects that he will be occupied with this trial the entire week. The defendant's attorney further requests that Mr. Rodriguez' Sentencing be continued to any date after April 24, 2006. As further grounds, Attorney Sutter states that Assistant United States Attorney Peter Levitt assents to this continuance.

WHEREFORE, the defendant prays that this Honorable Court continue his Sentencing date to any date that is convenient for this Honorable Court after Monday, April 24, 2006.

By his attorney,

/s/ C. Samuel Sutter
kas
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766