UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063-RCL

UNITED STATES OF AMERICA

V                                        NOTICE OF APPEAL

IVAN RODRIGUEZ

    Now comes the defendant, IVAN RODRIGUEZ, and hereby files his Notice of Appeal from this Honorable Court's judgment and sentence rendered on May 8, 2006.

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766