```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     V.                       )    Criminal No. 04-10063-RCL
                              )
NESTOR AND IVAN RODRIGUEZ,    )
     Defendants.
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney


              By:   /s/ *Jennifer H. Zacks*
                    JENNIFER H. ZACKS
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3109


Dated: June 1, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 1, 2006.

                                           /s/Jennifer H. Zacks
                                           JENNIFER H. ZACKS
                                           Assistant U.S. Attorney

Dated: June 1, 2006