UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-100063 RCL

UNITED STATES OF AMERICA

V                                          MOTION TO APPOINT COUNSEL

IVAN RODRIGUEZ

Now comes the defendant, IVAN RODRIGUEZ, and moves that this Honorable Court appoint counsel to represent him on his appeal.

As grounds, therefore, the defendant states that he is without funds to retain a private attorney to represent him on his appeal. The defendant has been incarcerated as a result of this case for approximately two and one half years and, according to the defendant's Pre-Sentence Report, the defendant has no assets.

WHEREFORE, the defendant moves that this Honorable Court appoint counsel to represent him on his appeal.

By his attorney,

/s/ C. Samuel Sutter   kms

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766