UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10063 RCL

UNITED STATES OF AMERICA

V        MOTION TO WITHDRAW

IVAN RODRIGUEZ

Now comes Attorney Clifford Samuel Sutter, counsel for the defendant, IVAN RODRIGUEZ, and moves that this Honorable Court permit him to withdraw from this case.

As grounds, therefore, Attorney Sutter states that he will not be able to represent the defendant any more because of a personal career decision that he has made. Attorney Sutter has decided to run for District Attorney of Bristol County, Massachusetts. The election will take place on September 19, 2006. Pursuant to this decision to run for District Attorney, Attorney Sutter has greatly reduced his criminal caseload, particularly his most serious cases. As further grounds, Attorney Sutter states that the defendant, Ivan Rodriguez is also without funds to pay for representation for his appeal.

WHEREFORE, the Attorney Sutter moves that this Honorable Court permit him to withdraw from this case.

By his attorney,

/s/ C. Samuel Sutter  kms

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766